# EXHIBIT F


INDIGO

April 26, 2018

IndiCal Partners, LLC
Care of: Brandon Rath
2101 East Coast Highway, Suite 120
Corona Del Mar, CA 92625

   Re: **Indigo Opportunities Fund II, L.P. (the "Fund") –** *Default Notice*

Dear IndiCal Partners, LLC:

   Please be advised that by failing to pay when due the Capital Contribution specified in that certain Capital Call Notice, dated April 11, 2018, you are in Default in the amount of $1,490,000 with respect to your limited partnership interest in the Fund (the "Default Amount"). Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Amended and Restated Exempted Limited Partnership Agreement of the Fund (as amended, the "Partnership Agreement").

   Pursuant to Section 3.3(a) of the Partnership Agreement, if such Default Amount has not been paid to the Fund within ten (10) Business Days from the date of this Default Notice, you will be deemed to be a Defaulting Partner and the General Partner will thereafter be entitled to exercise any or all of its rights set forth in Section 3.3 of the Partnership Agreement.

   The rights and remedies of the General Partner against a Defaulting Partner, including, without limitation, those rights described in Section 3.3 of the Partnership Agreement, are cumulative and this Default Notice is made without waiver of, or prejudice to, any and all of the General Partner's rights and remedies, whether at law or equity, all of which are hereby expressly reserved.

   Please call me at 310.773.4190 if you have any questions.

          Thank you,

          Brent E. Carey
          Manager of IGI Partners II, LLC, the general partner of the Fund



Naples Office Complex
5838 E Naples Plaza
Long Beach, CA 90803

Phone: 310-773-4190
Fax: 310-492-4058

# NOTICE OF CAPITAL CALL

TO: IndiCal Partners, LLC ("Limited Partner")
Care of: Brandon Rath

FROM: Indigo Global Advisors ("Investment Manager")

COPY: PartnersAdmin ("Fund Administrator")

DATE: February 12, 2018

RE: Indigo Opportunities Fund II, L.P. – Capital Call Notice

---

We thank you again for your participation in Indigo Opportunities Fund II, L.P. IGI Partners II, LLC, the General Partner of the Fund, is calling $1,200,000.00 of your $4,00,000.00 committed capital amount for current projected investments in February 2018.

Please wire your funds per the below instructions:

| | |
|---|---|
| Amount Due: | $1,200,000 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Contact: | Herbert Medrano; 562-856-5260 |
| Bank Address: | 4601 E Second St. |
| | Long Beach, CA 90803 |
| ABA/Routing No: | 121000248 |
| Account No: | 3772542233 |
| Account Name: | Indigo Opportunities Fund II, LP |
| Reference: | |

If you have any questions, please do not hesitate to email me at bcarey@indigoca.com or call me at 310-773-4190 x201.

Best Regards,

INDIGO GLOBAL ADVISORS


Brent E. Carey
Company Officer
Indigo Global Advisors, LLC



Naples Office Complex
5838 E Naples Plaza
Long Beach, CA 90803

Phone: 310-773-4190
Fax: 310-492-4058

# NOTICE OF CAPITAL CALL

| | |
|---|---|
| TO: | IndiCal Partners, LLC ("Limited Partner")<br>Care of: Brandon Rath |
| FROM: | Indigo Global Advisors ("Investment Manager") |
| COPY: | PartnersAdmin ("Fund Administrator") |
| DATE: | March 29, 2018 |
| RE: | Indigo Opportunities Fund II, L.P. – Capital Call Notice |

We thank you again for your participation in Indigo Opportunities Fund II, L.P. IGI Partners II, LLC, the General Partner of the Fund, is calling $260,000.00 for expenses related to closing the Fund's credit facility, management fees, and existing investment needs.

Please wire your funds per the below instructions:

| | |
|---|---|
| Amount Due: | $260,000 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Contact: | Herbert Medrano; 562-856-5260 |
| Bank Address: | 4601 E Second St.<br>Long Beach, CA  90803 |
| ABA/Routing No: | 121000248 |
| Account No: | 3772542233 |
| Account Name: | Indigo Opportunities Fund II, LP |
| Reference: | |

If you have any questions, please do not hesitate to email me at bcarey@indigoca.com or call me at 310-773-4190 x201.

Best Regards,

INDIGO CAPITAL ADVISORS


Brent E. Carey
Managing Partner
Indigo Global Advisors, LLC



Naples Office Complex
5838 E Naples Plaza
Long Beach, CA 90803

Phone: 310-773-4190
Fax: 310-492-4058

# NOTICE OF CAPITAL CALL

TO:                 IndiCal Partners, LLC ("Limited Partner")
                      Care of: Brandon Rath

FROM:         Indigo Global Advisors ("Investment Manager")

COPY:          PartnersAdmin ("Fund Administrator")

DATE:          April 11, 2018

RE:             Indigo Opportunities Fund II, L.P. – Capital Call Notice

---

We thank you again for your participation in Indigo Opportunities Fund II, L.P. IGI Partners II, LLC, the General Partner of the Fund, is calling $1,490,000 in order to open the Fund's credit facility.

Please wire your funds per the below instructions:

| | |
|---|---|
| Amount Due: | $1,490,000 |
| Bank Name: | Wells Fargo Bank, N.A. |
| Bank Contact: | Herbert Medrano; 562-856-5260 |
| Bank Address: | 4601 E Second St. |
| | Long Beach, CA 90803 |
| ABA/Routing No: | 121000248 |
| Account No: | 3772542233 |
| Account Name: | Indigo Opportunities Fund II, LP |
| Reference: | |

If you have any questions, please do not hesitate to email me at bcarey@indigoca.com or call me at 310-773-4190 x201.

Best Regards,

INDIGO CAPITAL ADVISORS


Brent E. Carey
Managing Partner
Indigo Global Advisors, LLC



Naples Office Complex
5838 E Naples Plaza
Long Beach, CA 90803

Phone: 310-773-4190
Fax: 310-492-4058

# NOTICE OF CAPITAL CALL

TO: IndiCal Partners, LLC ("Limited Partner")
Care of: Damon Wojciechowski

FROM: Indigo Global Advisors ("Investment Manager")

COPY: PartnersAdmin ("Fund Administrator")

DATE: September 21, 2018

RE: Indigo Opportunities Fund II, L.P. – Capital Call Notice

---

We thank you again for your participation in Indigo Opportunities Fund II, L.P. IGI Partners II, LLC, the General Partner of the Fund, is calling $1,490,000 in order to complete target portfolio investments and handle fund expenses

Please wire your funds per the below instructions:

| | |
|---|---|
| Amount Due: | $1,490,000 |
| Bank Name: | Western Alliance Bank |
| Bank Contact: | LuAnn Arrington, (602) 346-7339 |
| Bank Address: | 2701 E. Camelback Road, Suite 110 Phoenix, AZ 85016 |
| ABA/Routing No | 122105980 |
| Account No: | 8901342368 |
| Account Name: | Indigo Opportunities Fund II, LP |
| Reference: | Capital Call Sept 2018 |

If you have any questions, please do not hesitate to email me at bcarey@indigoca.com or call me at 310-773-4190 x201.

Best Regards,

INDIGO CAPITAL ADVISORS


Brent E. Carey
Managing Partner
Indigo Global Advisors, LLC