# INDIGO OPPORTUNITIES FUND II, L.P.
Business Asset Lending / U.S. Lower Middle-Market



**2018 INTRODUCTION TO INDIGO**

## FIRM PROFILE

Indigo Global Advisors, LLC ("Indigo") is an alternative credit strategy specializing in Business Asset Lending. Business Asset Lending is a collateral-focused lending strategy targeting investments to lower-middle market borrowers primarily backed by commercial equipment and industrial property.

Indigo generates attractive yields in a low rate environment by using a process-driven and repeatable approach to sourcing, underwriting and managing loan portfolios. As an opportunity fund, Indigo Global Advisors partners with regional banks on a co-investment basis to efficiently deploy capital, provide liquidity for portfolio growth and manage downside risk for each investment.

The senior portfolio team members have over two decades of experience in commercial finance with a deep expertise in sourcing, underwriting and managing collateral-backed loans in the commercial lending market.

## INDIGO'S VALUE CREATION

With a 'collateral-centric' approach to sourcing from both the primary and secondary markets, Indigo's platform is a flexible and creative source of customized financing solutions for capital-intensive companies experiencing growth or recovery.



BUSINESS ASSET LENDING
- CREDIT RISK OF BORROWER
- RATE ON TRANSACTION
- VALUE & ADVANCE RATE ON COLLATERAL

**NEW LOAN ORIGINATION**

- Indigo sources new loans through a long-standing network of bank contacts and relationships with commercial finance companies, brokers and equipment leasing companies.

- Indigo manages a classic relationship-based marketing and long-standing sourcing engine directed at the highly-fragmented equipment loan broker and property loan broker markets, in which highly reliable execution is desired and valued.

**SECONDARY LOAN PURCHASES**

- Indigo sources seasoned loans through a long-standing network of secondary market relationships with banks, finance companies and other loan sale advisors.

- The late-cycle recovery from market dislocation has created the opportunity to provide liquidity to bank-sellers and other holders of collateral-backed loans, as both consolidation within the industry and bank portfolio activities driven by regulatory compliance have begun to accelerate opportunistic buying/selling.

## FUND TERMS

| | |
|---|---|
| **FUND OFFERING** | Indigo Opportunities Fund II, L.P. |
| **FUND DESCRIPTION** | Commercial Lending Fund (Fixed Income - Private Credit Opportunities). |
| **FUND STRUCTURE** | Domestic Closed-ended, self-liquidating |
| **FUND LIFE** | 5 years |
| **MINIMUM INVESTMENT** | $500,000 |
| **TARGETED RETURN & LIQUIDITY** | Targeted +10% total return with partial quarterly distributions after initial subscription period. |
| **MANAGEMENT FEE** | 2% on fund assets annually, payable quarterly in advance. |
| **INVESTOR PREFERRED** | 8% annualized |
| **INVESTMENT DISTRIBUTIONS BEFORE RESOLUTION PERIOD** | A current distributable amount up to Investor Preferred, based on cash availability limited by the lesser of (i) average monthly income for previous two quarters or (ii) spot cash availability, after manager reserves, up to an amount equal to Investor Preferred return for the period. |
| **PERFORMANCE FEES** | 20% to the General Partner |
| **CUSTODIAN(S)** | Western Alliance Bank<br>Wells Fargo Bank<br>State Bank & Trust Company |
| **AUDITOR** | Weaver & Tidwell, L.L.P. |
| **ADMINISTRATOR** | PartnersAdmin LLC |
| **LEGAL** | Winston & Strawn LLP |

## INDIGO'S COMPETITIVE ADVANTAGE

*Indigo's Risk Management Philosophy: 'Driving Upside by Managing the Downside."*

| ANALYTICAL ADVANTAGE | INFORMATION ADVANTAGE | EXECUTION ADVANTAGE | ASSET IMPROVEMENT ADVANTAGE |
|---|---|---|---|
| Indigo's underwriting process has been developed from years of experience and is designed to minimize potential loss. | Over their careers, Indigo's senior management team has developed an extensive network of contacts for sourcing private direct investment opportunities. | All transactions are negotiated; team has proven execution in closing deals at favorable prices. Indigo privately sources its investments, which gives the team a tactical advantage in exploiting pricing inefficiencies. | Proactive servicing increases the probability of positive resolutions and increases the value of the investments. |

## CONTACT INFORMATION

**Los Angeles County, California**
Naples Office Complex
D: (213) 572-6988

**Serena S. Overhoff**
E-mail: soverhoff@indigoca.com

**Michelle Kernan**
E-mail: mkernan@indigoca.com

**Online Access:**
www.indigoca.com
ir@indigoca.com