

PartnersAdmin LLC

**Indigo Opportunities Fund II, LP**
Statement of Changes in Partner's Capital
*July 1, 2018 – September 30, 2018*

**Indigo Capital Advisors, LLC**
5838 East Naples Plaza
Long Beach, CA 90803
Investor Relations
IR@Indigoca.com

**IndiCal Partners, LLC**
2101 East Coast Highway Suite 120
Corona del Mar, CA 92625

### Investor Summary

|  | Quarter-to-Date | Year-to-Date |
|---|---|---|
| **Capital Account Value of Previous Period** | $2,408,386.55 | $1,050,000.00 |
| Contributions | 1,490,000.00 | 2,950,000.00 |
| Net Investment Gains / (Losses) | (75,101.39) | (176,714.84) |
| Management Fees | (29,917.81) | (29,917.81) |
| Distributions | 0.00 | 0.00 |
| GP Reallocation | 0.00 | 0.00 |
| **Ending Capital Account as of September 30, 2018** | $3,793,367.35 | $3,793,367.35 |
| Percent Ownership | | 67.23% |
| Total Capital Commitment | | $4,000,000.00 |
| Capital Contributions | | 4,000,000.00 |
| Remaining Capital Commitment | | 0.00 |
| **Percentage of Commitment Contributed** | | 100.00% |
| **Inception to Date Distributions** | | $0.00 |

Prepared by PartnersAdmin LLC for Indigo Opportunities Fund II, LP. Capital account valuations may be subject to adjustment pending completion of the Fund's year end audited financial statements.

**Indigo Opportunities Fund II, LP**
Statement of Changes in Partner's Capital
October 01, 2019 through December 31, 2019
(Audited)



**Indigo Global Advisors, LLC**

5838 East Naples Plaza
Long Beach, CA 90803
Investor Relations
Email: IR@Indigoca.com

IndiCal Partners, LLC
c/o Damon Wojciechowski
3949 Forest Parkway, Suite 100
Wheatfield, NY 14120

| | Investor Summary | |
|---|---|---|
| | Quarter-to-Date | Year-to-Date |
| **Capital Account Value of Previous Period** | $ 3,940,708.62 | $ 3,881,964.46 |
| Contributions | 0.00 | 0.00 |
| Net Investment Gains / (Losses) | 56,522.50 | 349,534.51 |
| Management Fees | (14,916.50) | (49,184.35) |
| Distributions | (50,000.00) | (250,000.00) |
| GP Reallocation | 0.00 | 0.00 |
| **Ending Capital Account** | $ 3,932,314.62 | $ 3,932,314.62 |

| | |
|---|---|
| Percent Ownership | 64.78% |
| Total Capital Commitment | $ 4,000,000.00 |
| Total Capital Called | 4,000,000.00 |
| Remaining Capital Commitment | $ 0.00 |
| **Percentage of Capital Called** | 100% |
| **Inception to Date Distributions** | $ 250,000.00 |

**Indigo Opportunities Fund II, LP**
Statement of Changes in Partner's Capital
July 01, 2020 through September 30, 2020
(Unaudited)



**Indigo Global Advisors, LLC**

5838 East Naples Plaza
Long Beach, CA 90803
Investor Relations
Email: IR@Indigoca.com

IndiCal Partners, LLC
c/o Damon Wojciechowski
3949 Forest Parkway, Suite 100
Wheatfield, NY 14120

| | Investor Summary | |
|---|---|---|
| | Quarter-to-Date | Year-to-Date |
| **Capital Account Value of Previous Period** | $ 3,739,993.29 | $ 3,932,314.62 |
| Contributions | 0.00 | 0.00 |
| Net Investment Gains / (Losses) | 70,881.95 | (1,548.68) |
| Management Fees | (10,054.64) | (29,945.36) |
| Distributions | (50,000.00) | (150,000.00) |
| GP Reallocation | 0.00 | 0.00 |
| **Ending Capital Account** | $ 3,750,820.59 | $ 3,750,820.59 |

| | |
|---|---|
| Percent Ownership | 64.78% |
| Total Capital Commitment | $ 4,000,000.00 |
| Total Capital Called | 4,000,000.00 |
| Remaining Capital Commitment | $ 0.00 |
| **Percentage of Capital Called** | 100.00% |
| **Inception to Date Distributions** | $ 400,000.00 |

**Indigo Private Credit Fund, L.P.**
Statement of Changes in Partner's Capital
October 01, 2020 through December 31, 2020
(Audited)



**Indigo Global Advisors, LLC**

5838 East Naples Plaza
Long Beach, CA 90803
Investor Relations
Email: IR@Indigoca.com

IndiCal Partners, LLC
c/o Damon Wojciechowski
3949 Forest Parkway, Suite 100
Wheatfield, NY 14120

## Investor Summary

|  | Quarter-to-Date | Year-to-Date |
|---|---|---|
| **Capital Account Value of Previous Period** | $ 3,750,820.59 | $ 3,932,314.62 |
| Contributions | 0.00 | 0.00 |
| Net Investment Gains / (Losses) | 110,303.15 | 108,754.47 |
| Management Fees | (10,054.64) | (40,000.00) |
| Distributions | (50,000.00) | (200,000.00) |
| GP Reallocation | 0.00 | 0.00 |
| **Ending Capital Account** | $ 3,801,069.10 | $ 3,801,069.10 |

| | |
|---|---|
| Percent Ownership | 64.78% |
| Total Capital Commitment | $ 4,000,000.00 |
| Total Capital Called | 4,000,000.00 |
| Remaining Capital Commitment | $ 0.00 |
| **Percentage of Capital Called** | 100.00% |
| **Inception to Date Distributions** | $ 450,000.00 |