**INDIGO OPPORTUNITIES FUND II, L.P.**

Unaudited Consolidated Financial Statements

As of September 30, 2018

# INDIGO OPPORTUNITIES FUND II, L.P.

**CONSOLIDATED STATEMENT OF FINANCIAL CONDITION**

**September 30, 2018 (Unaudited)**

**Assets**

| | | |
|---|---|---:|
| Investments, at fair value (cost $13,412,470) | $ | 13,256,063 |
| Cash | | 1,683,965 |
| Interest receivable | | 124,888 |
| Prepaid servicing fees | | 160,414 |
| Prepaid credit facility fees | | 376,041 |
| Prepaid transaction related fees | | 181,741 |
| Other assets | | 31,150 |
| **Total Assets** | $ | 15,814,262 |

Liabilities

| | | |
|---|---|---:|
| Credit Facility | $ | 9,549,683 |
| Contingent funding liability | | 300,000 |
| Security deposit | | 165,422 |
| Interest Payable | | 39,823 |
| Accounts payable and accrued expenses | | 66,647 |
| Due to affiliates | | 61,100 |
| Total liabilities | | 10,182,675 |
| Partners' Capital | | 5,631,587 |
| **Total Liabilities and Partners' Capital** | $ | 15,814,262 |

# INDIGO OPPORTUNITIES FUND II, L.P.

**CONSOLIDATED CONDENSED SCHEDULE OF INVESTMENTS**

**September 30, 2018 (Unaudited)**

|  | Unpaid Principal Balance | Percentage of Partners' Capital | Fair Value |
|---|---|---|---|
| **Investments,** at fair value |  |  |  |
| **Performing Loans** |  |  |  |
|   United States |  |  |  |
|     Peak Oil Holdings, LLC, 9.5%, 6/27/18 | $ 4,000,000 | 71.0 % | $ 4,000,000 |
|     Platform II - Wisconsin, LLC, Libor + 8%, 1/22/18 | 1,256,470 | 22.3 | 1,256,470 |
|     SLF - KC Towers, LLC - Lien 1, 13.25%, 6/30/18 | 2,000,000 | 35.5 | 2,000,000 |
|     SLF - KC Towers, LLC - Lien 2, 8%, 6/30/18 | 2,000,000 | 35.5 | 2,000,000 |
|     The Mane Choice Hair Solution LLC, 16.50%, 8/15/18 | 2,120,000 | 37.6 | 2,120,000 |
| **Total performing loans** (cost $11,376,470) |  | 202.0 | 11,376,470 |
| **Machinery Leases** |  |  |  |
|   United States |  |  |  |
|     TNT Crane & Rigging, Inc. - A (cost $1,048,000), 9.05%, 2/23/18 |  | 16.5 | 928,659 |
|     TNT Crane & Rigging, Inc. - B (cost $988,000), 9.05%, 7/25/18 |  | 16.9 | 950,933 |
| **Total machinery leases** (cost $2,036,000) |  | 33.4 | 1,879,593 |
| **Total Investments** (cost $13,412,470) |  | 235.4 % | $ 13,256,063 |

**INDIGO OPPORTUNITIES FUND II, L.P.**

**CONSOLIDATED STATEMENT OF OPERATIONS**

**For the Nine Months Ended September 30, 2018 (Unaudited)**

| | |
|---|---:|
| **Investment income** | |
| Lease income | $ 229,218 |
| Interest | 259,807 |
| Total investment income | 489,025 |
| | |
| **Expenses** | |
| Management fee | 45,550 |
| Interest expense | 109,618 |
| Credit facility fees | 86,468 |
| Servicing fees | 39,586 |
| Professional fees | 72,800 |
| Transaction related fees | 30,593 |
| Organizational costs | 59,044 |
| Marketing and related start up costs | 182,640 |
| Other expenses | 14,732 |
| Total expenses | 641,031 |
| | |
| **Net investment income** | (152,006) |
| | |
| **Realized and unrealized gain (loss) on investments** | |
| Net realized gain on investments | - |
| Net change in unrealized depreciation on investments | (156,407) |
| **Net gain on investments** | (156,407) |
| | |
| **Net income** | $ (308,413) |

**INDIGO OPPORTUNITIES FUND II, L.P.**

**CONSOLIDATED STATEMENT OF CHANGES IN PARTNERS' CAPITAL**

**September 30, 2018 (Unaudited)**

|  | General Partner | Limited Partners | Total |
|---|---|---|---|
| **Partners' capital,** beginning of year | $   - | $   - | $   - |
| **Capital contributions** | - | 5,940,000 | 5,940,000 |
| **Capital withdrawals** | - | - | - |
| **Allocation of net income** | - | (308,413) | (308,413) |
| **Partners' capital,** end of period | $   - | $   5,631,587 | $   5,631,587 |